FILED
RICHARD W. NAGEL
CLERK OF COURT
MAY -8 2025 11:26 A
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-CINCINNATI

IN THE UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF OHIO

RODNEY HINTON JR.,
Plaintiff,

v.

CITY OF CINCINNATI,
CINCINNATI POLICE DEPARTMENT,
HAMILTON COUNTY JUSTICE CENTER,
JOHN DOE OFFICERS 1–10,
STATE OF OHIO,
Defendants.

J. McFARLAND M.J. BOWMAN

Case No.: 1:25CV298

**COMPLAINT FOR VIOLATIONS OF CIVIL RIGHTS UNDER 42 U.S.C. §§ 1983 & 1985(3)**

## I. INTRODUCTION

This is a civil rights action arising from the unlawful detention, physical abuse, denial of bond, excessive use of force, and coordinated intimidation tactics used by law enforcement and court officers against Rodney Hinton Jr., a pretrial detainee who has not been convicted of any crime. These actions constitute violations of his Fourth, Sixth, Eighth, and Fourteenth Amendment rights under the U.S. Constitution and give rise to claims under 42 U.S.C. §§ 1983 and 1985(3).

## JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343 (federal question and civil rights violations).
2. Venue is proper in this Court under 28 U.S.C. § 1391(b) because the events occurred in Hamilton County, Ohio, within this District.

## III. **PARTIES**

N

3. Plaintiff Rodney Hinton Jr. is a resident of Ohio, currently detained at the Hamilton County Justice Center.
4. Defendant City of Cincinnati is a municipal entity responsible for oversight of the Cincinnati Police Department.
5. Defendant Cincinnati Police Department (CPD) is a division of the City of Cincinnati and acted under color of state law at all relevant times.
6. Defendant Hamilton County Justice Center is the pretrial detention facility responsible for Mr. Hinton's custody.
7. Defendants John Doe Officers 1–10 are individual officers and/or deputies who used excessive force, participated in Mr. Hinton's public intimidation, and/or failed to protect his rights.
8. Defendant State of Ohio is included only for declaratory and injunctive relief.

## **FACTUAL ALLEGATIONS**

9. On or around May 2, 2025, Mr. Hinton was taken into custody by officers of the Cincinnati Police Department.
10. Upon arrest, he was subjected to excessive force resulting in visible injuries.
11. He was held without bond, in violation of the Eighth Amendment and Ohio's own pretrial procedure.
12. At his arraignment, Mr. Hinton appeared visibly beaten, handcuffed, and dressed in jail attire, signaling to the court and public that he was guilty—despite having not been convicted.

13. During this court appearance, numerous armed officers filled the courtroom, a coordinated presence clearly intended to intimidate, suppress defense, and influence the judicial process.

14. The Cincinnati Police Department's own public policies claim to respect human life and constitutional rights, but the actions of its agents in this case stand in direct contradiction to those claims.

15. No reasonable law enforcement agency would subject a pretrial defendant to this level of physical restraint, humiliation, and psychological warfare absent a coordinated plan to discriminate, punish, and intimidate.

## V. CLAIMS FOR RELIEF

### COUNT ONE:

### 42 U.S.C. § 1983 – Due Process Violations

16. Defendants deprived Plaintiff of his liberty and dignity without due process of law in violation of the Fourteenth Amendment.

### COUNT TWO:

### 42 U.S.C. § 1983 – Excessive Force

17. Defendants' use of physical violence and coercive courtroom presence constitutes excessive force in violation of the Fourth and Eighth Amendments.

### COUNT THREE:

### 42 U.S.C. § 1985(3) – Conspiracy to Interfere with Civil Rights

18. Defendants acted in concert to deprive Plaintiff of equal protection and to obstruct justice, targeting him based on class, race, and perceived threat level.

**COUNT FOUR:**

**False Imprisonment & Unlawful Pretrial Punishment**

19. Defendants knowingly detained Plaintiff without lawful bond or hearing, subjecting him to punishment without conviction.

## VI. DAMAGES

20. As a direct result of Defendants' conduct, Plaintiff suffered:

- Physical pain and injuries
- Emotional distress and humiliation
- Denial of liberty
- Ongoing trauma
- Financial and legal burden

Plaintiff seeks compensatory, punitive, and declaratory damages as appropriate.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Award compensatory and punitive damages against all Defendants;

B. Declare that Defendants violated Plaintiff's constitutional rights;

C. Order Plaintiff's immediate release or injunctive relief barring continued detention without lawful process;

D. Award attorney's fees and costs under 42 U.S.C. § 1988;

E. Grant such other relief as the Court deems just and proper.

Submitted 6th May 2025

Antoinette Holloway
Rodney Hinton Jr
470 718 1590
Pbm4antoinette@gmail.com
Dated: May 7, 2025

Retail

ATLANTA, GA 30333
MAY 07, 2025
45202
$31.40
RDC 07
S2324N502250-88

PRESS FIRMLY TO SEAL

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

23

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( )
Antoinette
1214 Ogilvie Dr NE
Atlanta, Ga 30324

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No. Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )
Office of the Clerk Potter
Stewart U.S Courthouse
Room 103
100 East Fifth St Cincinnati, Ohio

ZIP + 4® (U.S. ADDRESSES ONLY)
45202

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

EL 140592865 US

UNITED STATES POSTAL SERVICE® | PRIORITY ★ MAIL ★ EXPRESS™

**ORIGIN (POSTAL SERVICE USE ONLY)**

☒ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| | | |
|---|---|---|
| PO ZIP Code: 30333 | Scheduled Delivery Date (MM/DD/YY): 5/8 | Postage: $ 31.40 |
| Date Accepted (MM/DD/YY): 5/7 | Scheduled Delivery Time: ☐ 10:30 AM ☐ 3:00 PM ☒ 12 NOON 6:00pm | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 12:14 ☐ AM ☒ PM | 10:30 AM Delivery Fee: $ | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Weight: ☒ Flat Rate lbs. ozs. | Sunday/Holiday Premium Fee: $ | Total Postage & Fees: $ 31.40 |
| | Acceptance Employee Initials: ES | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | | Employee Signature |
|---|---|---|---|
| | | ☐ AM ☐ PM | |
| | | ☐ AM ☐ PM | |

LABEL 11-B, SEPTEMBER 2015 PSN 7690-02-000-9996 1-ORIGIN POST OFFICE COPY

how2recycle.info PAPER POUCH

U.S. MARSHALS SERVICE

UNITED STATES POSTAL SERVICE®

Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.
This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments.

This package is made from post-consumer waste. Please recycle - again.